1  GLENN M. HOLLEY, Bar No. 119210
   SCHUERING ZIMMERMAN
2  SCULLY TWEEDY & DOYLE, LLP
   400 University Avenue
3  Sacramento, California 95825-6502
   (916) 567-0400
4  FAX: 568-0400

5  Attorneys for Defendant FAMco, a Calfornia
   Partnership, CLAIR T. STAMPFLI and ROBIN D.
6  STAMPFLI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>SUSANVILLE PIZZA COMPANY, INC., a Nevada Corporation, dba DOMINOS PIZZA, FAMco, a California Partnership, CLAIR T. STAMPFLI and ROBIN D. STAMPFLI , et al.,<br><br>    Defendants. | NO. 2:08-cv-01949 JAM GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING |

IT IS HEREBY STIPULATED by and between the parties herein, by and through their respective counsel of record, the time for defendants CLAIR T. STAMPFLI , ROBIN D. STAMPFLI, and FAMco, a California Partnership, to file and serve a responsive pleading to plaintiff's complaint is extended to December 29, 2008. The parties seek the extension because defendants retained counsel on December 2, 2008 and have had insufficient time to prepare an appropriate response to plaintiff's complaint.

Dated:  December 9, 2008                    RICHARD E. GRABOWSKI

                                            By: /s/ Richard E. Grabowski

1

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | |
| 2 | RICHARD E. GRABOWSKI<br>611 "L" Street, Suite A<br>Eureka, CA 95501 |
| 3  Dated: December 9, 2008 | SCHUERING ZIMMERMAN<br>SCULLY TWEEDY & DOYLE, LLP |
| 4 | |
| 5 | |
| 6 | By  /s/ Glenn M. Holley |
| 7 | GLENN M. HOLLEY<br>Attorneys for Defendant FAMco, a<br>Calfornia Partnership, CLAIR T.<br>STAMPFLI and ROBIN D. STAMPFLI |

(Line numbers 1–28 shown on left margin)

2

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having considered the Stipulation of the parties and for good cause appearing, Defendants', CLAIR T. STAMPFLI , ROBIN D. STAMPFLI, and FAMco, a California Partnership, responsive pleading to Plaintiff's Complaint shall be due on or before December 29, 2008.

IT IS SO ORDERED.

DATED:   December 9, 2008

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

3

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com