**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
 **FAX 441-1533**

**Attorney for Plaintiff, JEFF HOHLBEIN**

**Glenn M. Holley,** State Bar # 119210
**SCHUERING ZIMMERMAN SCULLY**
**TWEEDY & DOYLE, LLP**
**400 University Avenue**
**Sacramento, CA 95825-6502**
**(916) 567-0400**
 **FAX 568-0400**

**Attorneys for Defendants FAMco, CLAIR T. STAMPFLI and ROBIN D. STAMPFLI**

**William A. Munoz,** State Bar # 191649
**Kerri L. Ruzicka,** State Bar # 222706
**MURPHY, PEARSON, BRADLEY & FEENEY**
**1375 Exposition Boulevard, Suite 250**
**Sacramento, CA 95815**
**(916) 565-0300**
 **FAX 565-1636**

**Attorneys for Defendant SUSANVILLE PIZZA COMPANY, INC., dba DOMINO'S PIZZA**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HOHLBEIN,**<br><br>    Plaintiff,<br>v.<br><br>**SUSANVILLE PIZZA COMPANY, INC.,** a Nevada corporation, dba **DOMINOS PIZZA, FAMco,** a California Partnership, **CLAIR T. STAMPFLI, ROBIN D. STAMPFLI,** and **DOES ONE through FIFTY,** inclusive,<br><br>    Defendants. | Case No.  2:08-CV-01949 JAM GGH<br><br>**STATUS REPORT, STIPULATED REQUEST FOR EXTENSION OF TIME TO FINALIZE DISMISSALS AND ORDER** |

Plaintiff, JEFF HOHLBEIN, by and through his counsel of record makes the following report to the Court.

Plaintiff filed a notice of settlement with the Court on January 30, 2009 (Docket 18).

The Court issued a minute order on January 30, 2009 stating:

> MINUTE ORDER: The court has been advised by Richard E. Grabowski, Counsel for plaintiff, that this action has been settled, Therefore, it is not necessary that the action remain upon the court's active calendar. Accordingly, IT IS ORDERED: 1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 160, no later than March 6, 2009; and 2. That all hearing dates previously set in this matter are vacated. (TEXT ENTRY ONLY)(Vine, H)

Despite counsels best efforts dismissal of the parties has not yet occurred. The delay in finalizing this matter was complicated by Defendant SUSANVILLE PIZZA COMPANY, INC. entering bankruptcy. Counsels have been awaiting a response from the bankruptcy attorneys and the bankruptcy court as to how this matter can be settled.

To move this case along Plaintiff and Defendant's FAMCO, CLAIR T. STAMPFLI, and ROBIN D. STAMPFLI are in the process of completing a separate settlement agreement and dismissal of Defendant's FAMCO, CLAIR T. STAMPFLI, and ROBIN D. STAMPFLI. This dismissal should occur within the next few days.

Plaintiff's counsel and Defendant's counsel for SUSANVILLE PIZZA COMPANY, INC. are now preparing a separate settlement agreement that will rely on the rulings made by the bankruptcy court. This should allow the remaining Defendant to be dismissed within thirty (30) days.

The party's therefore request the Court's leave for an additional thirty (30) days to complete the dismissals in this matter.

The parties by their counsels stipulate to the issues discussed in this report and request the Court allow an additional thirty (30) days, to and including April 10, 2009, to finalize the dismissals in this matter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

                        Respectfully submitted,

Dated: March 9, 2009     /s/ Richard E. Grabowski
                                          Richard E. Grabowski, Attorney for Plaintiff,

PDF created with pdfFactory trial version www.pdffactory.com

**JEFF HOHLBEIN**

                              **MURPHY, PEARSON, BRADLEY & FEENEY**

Dated:      March 6, 2009        /s/ Kerri R. Ruzicka for William A. Munoz
                                 William A. Munoz, Attorneys for Defendant
                                 **SUSANVILLE PIZZA COMPANY, INC., dba**
                                 **DOMINO'S PIZZA**

                                 **SCHUERING ZIMMERMAN SCULLY**
                                 **TWEEDY & DOYLE, LLP**

Dated:      March 6, 2009        /s/ Jason S. Barnas for Glenn M. Holley
                                 Glenn M. Holley, Attorneys for Defendants
                                 **FAMco, CLAIR T. STAMPFLI, ROBIN D. STAMPFLI**

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 9, 2009             /s/ John A. Mendez
                                 **JOHN A. MENDEZ**
                                 United States District Judge