**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, JEFF HOHLBEIN**

**Glenn M. Holley,** State Bar # 119210
**SCHUERING ZIMMERMAN SCULLY**
**TWEEDY & DOYLE, LLP**
**400 University Avenue**
**Sacramento, CA 95825-6502**
**(916) 567-0400**
**FAX 568-0400**

**Attorneys for Defendants FAMco, CLAIR T. STAMPFLI and ROBIN D. STAMPFLI**

**William A. Munoz,** State Bar # 191649
**Kerri L. Ruzicka,** State Bar # 222706
**MURPHY, PEARSON, BRADLEY & FEENEY**
**1375 Exposition Boulevard, Suite 250**
**Sacramento, CA 95815**
**(916) 565-0300**
**FAX 565-1636**

**Attorneys for Defendant SUSANVILLE PIZZA COMPANY, INC., dba DOMINO'S PIZZA**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HOHLBEIN,**<br><br>    Plaintiff,<br><br>v.<br><br>**SUSANVILLE PIZZA COMPANY, INC.,** a Nevada corporation, dba **DOMINOS PIZZA, et al.,**<br><br>    Defendants. | Case No. 2:08-CV-01949 JAM GGH<br><br>**STATUS REPORT, STIPULATED REQUEST FOR EXTENSION OF TIME TO FINALIZE DISMISSALS AND ORDER** |

Plaintiff, JEFF HOHLBEIN, by and through his counsel of record makes the following report to the Court.

Plaintiff filed a notice of settlement with the Court on January 30, 2009 (Docket 18).

The Court signed the parties Stipulation for an Extension to Time to Finalize Dismissal

PDF created with pdfFactory trial version www.pdffactory.com

until April 10, 2009 (Docket 21)

Despite counsels best efforts, dismissal of the parties has not yet occurred. The delay in finalizing this matter is complicated by Defendant SUSANVILLE PIZZA COMPANY, INC. entering bankruptcy.

Attached hereto are the most recent emails between counsel wherein the final email from Mr. Munoz, counsel for Defendant Susanville Pizza Company, writes that the agreement has been forwarded to the Bankruptcy Trustee counsel who will attempt to obtain a signature of the Trustee by Friday, April 10, but cannot guarantee.

The parties therefore request the Court's leave for an additional thirty (30) days to complete the settlements and dismissals in this matter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: April 13, 2009      /s/ Richard E. Grabowski
Richard E. Grabowski, Attorney for Plaintiff,
**JEFF HOHLBEIN**

**MURPHY, PEARSON, BRADLEY & FEENEY**


Dated: April 9, 2009      /s/ William A. Munoz
William A. Munoz, Attorneys for Defendant
**SUSANVILLE PIZZA COMPANY, INC., dba DOMINO'S PIZZA**

**SCHUERING ZIMMERMAN SCULLY TWEEDY & DOYLE, LLP**


Dated: April 9, 2009      /s/ Jason S. Barnas
Jason S. Barnas, Attorneys for Defendants
**FAMco, CLAIR T. STAMPFLI, ROBIN D. STAMPFLI**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Dismissals to be filed 5/8/2009.

DATED: April 13, 2009      /s/ John A. Mendez
**JOHN A. MENDEZ**
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com