Richard E. Grabowski, State Bar # 236207
rgrabowski@mckinleyville.net
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, JEFF HOHLBEIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>        Plaintiff,<br><br>v.<br><br>SUSANVILLE PIZZA COMPANY, INC., a Nevada corporation, dba DOMINOS PIZZA, FAMco, a California Partnership, CLAIR T. STAMPFLI, ROBIN D. STAMPFLI, and DOES ONE through FIFTY, inclusive,<br><br>        Defendants. | Case No.  2:08-CV-01949 JAM GGH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SUSANVILLE PIZZA COMPANY, INC., ONLY AND ORDER |

        Plaintiff JEFF HOHLBEIN and Defendant SUSANVILLE PIZZA COMPANY, INC., (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

        1.      The Parties have entered into a confidential settlement agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendant **SUSANVILLE PIZZA COMPANY, INC.,** each party to bear their own attorneys' fees and costs.

        2.      Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to **SUSANVILLE PIZZA COMPANY, INC.,** only.

PDF created with pdfFactory trial version www.pdffactory.com

Dated:      May 8, 2009                    /s/ Richard E. Grabowski
                                            Richard E. Grabowski, Attorney for Plaintiff,
                                            **JEFF HOHLBEIN**

                                            **MURPHY, PEARSON, BRADLEY & FEENEY**


Dated:      May 8, 2009                    /s/ William A. Munoz
                                            William A. Munoz, Attorney for Defendant
                                            **SUSANVILLE PIZZA COMPANY, INC.**


## ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1.      The action HOHLBEIN v SUSANVILLE PIZZA, et al., Case Number 2:08-CV-1949 JAM GGH, is dismissed with prejudice as to **SUSANVILLE PIZZA COMPANY, INC.**, only, with each party to bear their own attorneys' fees and costs.


Dated: May 8, 2009                         /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com