**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

**Attorney for Plaintiff, JEFF HOHLBEIN**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>  Plaintiff,<br><br>v.<br><br>SUSANVILLE PIZZA COMPANY, INC., a Nevada corporation, dba DOMINOS PIZZA, FAMco, a California Partnership, CLAIR T. STAMPFLI, ROBIN D. STAMPFLI, and DOES ONE through FIFTY, inclusive,<br><br>  Defendants. | Case No. 2:08-CV-01949 JAM GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO FAMco, CLAIR T. STAMPFLI and ROBIN D. STAMPFLI ONLY AND ORDER** |

Plaintiff JEFF HOHLBEIN and Defendants FAMco, CLAIR T. STAMPFLI and ROBIN D. STAMPFLI, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a confidential settlement agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendants **FAMco, CLAIR T. STAMPFLI and ROBIN D. STAMPFLI**, each party to bear their own attorneys' fees and costs.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to **FAMco, CLAIR T. STAMPFLI and ROBIN D. STAMPFLI,** only.

Dated:    June 9, 2009          /s/ Richard E. Grabowski
                                Richard E. Grabowski, Attorney for Plaintiff,
                                **JEFF HOHLBEIN**

                                **SCHUERING ZIMMERMAN SCULLY TWEED
                                & DOYLE, LLP**

Dated:    June 9, 2009          /s/ Jason S. Barnas
                                Jason S. Barnas, Attorney for Defendants
                                **FAMco, CLAIR T. STAMPFLI and
                                ROBIN D. STAMPFLI**

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HOHLBEIN v SUSANVILLE PIZZA, et al.</u>, Case Number 2:08-CV-1949 JAM GGH, is dismissed with prejudice as to **FAMco, CLAIR T. STAMPFLI and ROBIN D. STAMPFLI**, only, with each party to bear their own attorneys' fees and costs.

Dated:  June 11, 2009           /s/ John A. Mendez
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE